Floyd W. Bybee, SB 012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Phone: (602) 730-2875
Fax: (866) 359-3374
todd@larsonandsimpson.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca L. Mingle;<br><br>  Plaintiff,<br><br>v.<br><br>Bank of America, National Association;<br><br>  Defendant. | No. _____<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

**Preliminary Statement**

1.  On one or more occasions Defendant obtained the Plaintiff's credit report in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq*. Plaintiff seeks monetary, declaratory and injunc-

1  tive relief.

## Jurisdiction and Venue

2. Jurisdiction over this action is premised upon 15 U.S.C. § 1681p and 28 U.S.C. § 1367.
3. Venue is proper in this District under 28 U.S.C. § 1391(b), and in that the Defendant's conduct complained of occurred in the District.

## Parties

4. Plaintiff is an individual who resides in Maricopa County, Arizona.
5. Defendant Bank of America, National Association ("BANA") is a nationally chartered bank doing business within the state of Arizona.
6. BANA was formerly known as FIA Card Services, N.A.

## Factual Allegations

### *The Impermissible Access*

7. On July 20, 2015 BANA requested a consumer report (hereinafter "credit report" or "consumer report") on Ms. Mingle from Trans Union, a national consumer reporting agency.
8. The notation on Ms. Mingle's Trans Union credit report says the inquiry was made by "FIA CSNA."
9. In order to request the credit report, BANA told Trans Union that the credit report was being requested for an "account review."
10. On January 8, 2015, Ms. Mingle filed for protection under Chapter 7 of the bankruptcy code.
11. Ms. Mingle's Chapter 7 Bankruptcy was discharged on April 20, 2015.
12. At the time of BANA's inquiry, every account Ms. Mingle had with FIA Card Services and BANA was either closed or included in and

1  discharged in her Chapter 7 bankruptcy case.

2  13.  At the time of the inquiry, Ms. Mingle had no active or open accounts
3      with FIA Card Services for BANA to review.

4  14.  BANA was sent one or more notices of Ms. Mingle's Chapter 7 filing
5      by the bankruptcy court on or about January 9, 2015.

6  15.  BANA was also sent one or more notices of Ms. Mingle's bankruptcy
7      discharge by the bankruptcy court on or about April 20, 2015.

8  16.  BANA did not have a permissible purpose for requesting or obtaining a
9      credit report on Plaintiff on July 20, 2015.

10 17.  At the time BANA made its inquiry, BANA knew that all accounts it
11     had with Ms. Mingle were closed.

12 18.  At the time BANA made its inquiry, BANA knew that all accounts it
13     had with Ms. Mingle were included and discharged in Ms. Mingle's
14     Chapter 7 bankruptcy.

15 19.  At the time BANA made its inquiry, BANA knew that its stated pur-
16     pose for obtaining Ms. Mingle credit report, that of "Account Review,"
17     was false.

18 20.  At the time BANA made its inquiry, BANA knew that it did not have a
19     permissible purpose to access Ms. Mingle's credit report.

20 21.  Upon information and belief, at the time BANA obtained Plaintiff's
21     credit report on July 20, 2015, BANA had a policy of regularly ignor-
22     ing the bankruptcy discharge of its former customers and regularly
23     requested credit reports under the guise of an "Account Review."

24                        ***Other Impermissible Accesses***

25 22.  Upon information and belief, BANA accessed Ms. Mingle's consumer

- 3 -

report one or more times between April 20, 2015 and February 5, 2016 without a permissible purpose.

### Count I.   Violation of FCRA

*Negligently Obtaining Consumer Report Without Permissible Purpose*

23. Plaintiff incorporates the preceding paragraphs.
24. BANA acted negligently in requesting and obtaining Ms. Mingle's credit reports without a permissible purpose.
25. BANA's conduct in obtaining Ms. Mingle's credit reports without a permissible purpose therefore violated 15 U.S.C. §1681b(f).
26. As a result of BANA's violation of the FCRA, Ms. Mingle has suffered an invasion privacy, and other actual damages.

WHEREFORE, the plaintiff requests that this Court enter judgment in her favor and against defendant BANA as follows:

   a.   pursuant to 15 U.S.C. § 1681$o$(a)(1), award her actual damages, for each impermissible access of her credit report;

   b.   pursuant to 15 U.S.C. § 1681$o$(a)(2), award costs of the action and reasonable attorney fees; and

   c.   grant such other and further relief as the court deems just and proper.

### Count II.   Violation of FCRA

*Willfully Obtaining Consumer Report Without  Permissible Purpose*

27. Plaintiff incorporates the preceding paragraphs.
28. BANA acted willfully in requesting and obtaining Ms. Mingle's credit reports without a permissible purpose.
29. BANA's conduct in willfully obtaining Ms. Mingle's credit reports

without a permissible purpose therefore violated 15 U.S.C. §1681b(f).

30. As a result of BANA's violation of the FCRA, Ms. Mingle has suffered an invasion privacy, and other actual damages.

WHEREFORE, the plaintiff requests that this Court enter judgment in her favor and against defendant BANA as follows:

    a. pursuant to 15 U.S.C. § 1681n(a)(1)(A), award her actual damages, or not less than $100 and not more than $1,000 for each impermissible access of her credit report, whichever is greater;

    b. pursuant to 15 U.S.C. § 1681n(a)(2), award such punitive damages as the Court deems appropriate;

    c. pursuant to 15 U.S.C. § 1681n(a)(3), award costs of the action and reasonable attorney fees; and

    d. grant such other and further relief as the court deems just and proper.

**Demand for Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

RESPECTFULLY SUBMITTED:  February 5, 2016  .

    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**

Attorneys for Plaintiff